SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

GEORGE L. BEVAN JR. (CSBN 65207)
Assistant United States Attorney

    Federal Courthouse
    1301 Clay Street, Suite 340S
    Oakland, Ca. 94612
    Telephone: 510-637-3689
    Fax: 510-637-3679
    Email: george.bevan@usdoj.gov

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-00020-MJJ |
|     Plaintiff, ) | |
|     v. ) | STIPULATION AND ORDER FOR RESCHEDULING OF CHANGE OF PLEA |
| JUAN MANUEL HERNANDEZ, ) | |
|     Defendant. ) | |

    The parties jointly stipulate and request that this matter be calendared for change of plea on the Court's calendar in **San Francisco** on **Thursday, November 29, 2007**, at **2:00 p.m.** The parties have agreed upon a plea agreement, a copy of which will be provided to the Court in advance of the scheduled court appearance.

                           Respectfully submitted,

                           SCOTT N. SCHOOLS
                           United States Attorney

Dated: _____      _____
                                    GEORGE L. BEVAN JR.
                                    Assistant United States Attorney

1
2
3
4
5   Dated: _____          _____
                                    ROBERT S. WYNNE
6                                   Counsel for Defendant Juan Manuel Hernandez
7
8
9   IT IS SO ORDERED.
10
11  Dated: ___11/08/07___            _____
                                    MARTIN J. JENKINS
12                                  United States District Judge
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2